Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**MARK A. THURSTON,**

        Plaintiff,

vs.

Commissioner of Social Security
Administration,

        Defendant.

Civil No. 6:13-CV-00032-JE

**ORDER FOR ATTORNEY FEES PURSUANT TO EAJA**

After considering the Motion for Attorney Fees herein, Order is hereby granted that Commissioner shall pay the sum of $4310.94 under EAJA.  Upon verification that Plaintiff has no debt to the government which qualifies for offset against the awarded fees, pursuant to the reasoning in *Astrue v. Ratliff,* ___ U.S. ___, 130 S. Ct. 2521, 2527 (2010) (EAJA awards fees subject "to a federal administrative offset if the Litigant has outstanding federal debts"), payment of $4310.94 shall be made to Plaintiff's attorney and mailed to his office at 1700 Valley River Drive, Eugene, OR  97401.  If Plaintiff has such debt, the check for any remaining funds after offset shall be made out to Plaintiff and mailed to counsel's office at the address provided above.

    IT IS SO ORDERED this day of March  4th  , 2014

                              /s/ John Jelderks
                          U.S. XXXXXX   /Magistrate Judge

1 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA

PRESENTED BY:

By: /s/ DREW L. JOHNSON
Drew L. Johnson, OSB #75200
Of Attorneys for Plaintiff

2 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA